**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| KELIN D. HARRIS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>COURT OF CLERK'S OFFICE, 2ND DISTRICT,<br><br>　　　　Respondent. | NO. CV 17-01219-BRO (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: June 19, 2017.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　BEVERLY REID O'CONNELL
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE